1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        No. SA CR **SACR 14-00041**

11            Plaintiff,              I N F O R M A T I O N

12            v.                      [18 U.S.C. § 371: Conspiracy]

13   DANIEL BAKER,

14            Defendant.

15       The United States Attorney charges:

16                    [18 U.S.C. § 371]

17
A.   INTRODUCTION

18
     1.   At all times relevant to this information, defendant

19
DANIEL BAKER ("BAKER") was co-owner of CalPacific Equity Group

20
LLC ("CalPacific") located in Valencia, California.

21
B.   THE OBJECT OF THE CONSPIRACY

22
     2.   Beginning in or around September 2011, and continuing

23
to in or around February 2012, in Orange County, within the

24
Central District of California, and elsewhere, defendant BAKER,

25
D.D., S.R., and P.K., together with others known and unknown to

26
the United States Attorney, combined, conspired, and agreed with

27
each other to knowingly and intentionally commit an offense

28

1  against the United States, namely, mail fraud by shipping

2  through private and interstate mail carriers documents related

3  to an investment fraud scheme, in violation of Title 18, United

4  States Code, Section 1341.

5  C.   THE MANNER AND MEANS OF THE CONSPIRACY

6        3.   The object of the conspiracy was carried out, and to

7  be carried out, in substance, as follows:

8             a.   Defendant BAKER and D.D. contacted prospective

9  investors to solicit them to purchase Thought Development, Inc.

10 ("TDI") common stock.

11            b.   Defendant BAKER and D.D. did not disclose to

12 potential investors that CalPacific was receiving at least a 40%

13 commission on the sales of TDI stock and affirmatively

14 misrepresented that fact.

15            c.   Defendant BAKER and D.D., through CalPacific,

16 received $220,935.50 in investor funds as commissions for

17 selling TDI stock.

18 ///

19 ///

D.    OVERT ACT

4.    In furtherance of the conspiracy and to accomplish its object, defendant BAKER and D.D., together with others known and unknown to the United States Attorney, committed and willfully caused others to commit the following overt act, among others, in Orange County, within the Central District of California, and elsewhere:

Overt Act No. 1:  On or about November 16, 2011, defendant and D.D. caused investor R.B. to send, by Federal Express, a cashier's check in the amount of $10,000 to purchase 4,000 shares of TDI stock.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. McNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

3